JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANA GRAYS,** | Case No. 2:17-cv-03240-MWF |
| Plaintiff, | **ORDER** |
| vs. | |
| **NAVIENT SOLUTIONS, LLC**, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this 22nd day of November, 2017.

_____
The Honorable Michael W. Fitzgerald